IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ESTHER COHN,

    Plaintiff,                      No. 2:10-cv-00865 MCE KJN PS

    v.                              ORDER

BANK OF AMERICA,

    Defendant.
_____/

        Plaintiff, who is proceeding without counsel and has not paid the fee ordinarily required to file an action in this court, has filed an incomplete application to proceed without the prepayment of fees and costs, also known as an application to proceed "in forma pauperis" (Dkt. No. 2). See 28 U.S.C. §§ 1914(a), 1915(a). First, with respect to question 2 on the application form, plaintiff has not indicated whether she is employed and, if so, what her gross pay or wages are and what are her take-home pay or wages per pay period. (Dkt. No. 2 at 1.) Second, as to question 5, plaintiff indicated that she owns a house located at 2140 Tarbolton Circle in Folsom, California, but she did not provide an approximate value for that house. Third, plaintiff has not provided answers to questions 7 and 8 on the application.

        Without a completed application, the court is unable to properly evaluate whether plaintiff should be granted leave to proceed in forma pauperis. Plaintiff will be provided with an

1

opportunity to submit either (1) a completed application to proceed in forma pauperis, or (2) the appropriate filing fee.

For the reasons stated above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within twenty (21) days of the date of this order, either a completed application in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee. Plaintiff's failure to comply with this order will result in a recommendation that her application to proceed in forma pauperis be dismissed.

2. The Clerk of the Court is directed to send to plaintiff a new Application to Proceed In District Court Without Prepaying of Fees or Costs.

DATED: May 7, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE